UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| NEW YORK CITY COUNCIL MEMBER YDANIS RODRIGUEZ, et al., | : | 12 Civ. 3389 (NRB) (RLE) |
| | : | |
| Plaintiffs, | : | |
| - against - | : | |
| DEPUTY INSPECTOR EDWARD WINSKI, et al., | : | |
| | : | |
| Defendants. | : | **RULE 7.1 DISCLOSURE STATEMENT** |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant JP Morgan Chase & Co. ("JPMC"), a private nongovernmental corporate party, hereby certifies that JPMC is a publicly owned corporation and that there are no parent corporations or publicly owned corporations owning 10% or more of its stock.

Dated: December 14, 2012
       New York, NY

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
*Attorneys for Defendant JP Morgan Chase & Co.*

By  /s/ Jeffrey L. Braun
        Jeffrey L. Braun
        Samantha Ford

1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
jbraun@kramerlevin.com
sford@kramerlevin.com

KL3 2907175.1

- 2 -

To:    STOLL, GLICKMAN & BELLINA, LLP
475 Atlantic Avenue, 3rd floor
Brooklyn, NY 11217
(718) 852-3710

STECKLOW COHEN & THOMPSON
The Liberty & Justice For All Building
10 Spring Street, Suite 1
New York, NY 10012
(212) 566-8000

THE KURLAND GROUP
350 Broadway, Suite 701
New York, NY 10013
(212) 253-8911

*Attorneys for Plaintiffs*

NEW YORK CITY LAW DEPARTMENT
100 Church Street, Room 2-152
New York, NY 10007
(212) 788-0303

*Attorneys for New York City Defendants*

LANDMAN CORSI BALLAINE & FORD, P.C.
120 Broadway, 27th floor
New York, NY 10271
(212) 238-4800

*Attorneys for Metropolitan Transportation Authority Defendants*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

*Attorneys for Defendant Brookfield Properties, Inc.*

KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100

*Attorneys for Defendant Mitsui Fudosan America, Inc.*