**EXHIBIT B**

## Appendix III: Index of Arrests of Journalists and Others Documenting Occupy Wall Street

Many journalists and others documenting Occupy Wall Street have been arrested since September 2011. The arrest of journalists, particularly around the Zuccotti eviction, has drawn strong condemnation.[1] Yet despite documentary and video footage, and the detailed statements of credentialed and non-credentialed journalists, the City and the Police Department have contested assertions regarding the arrests of journalists.[2]

This Index is a compilation of 18 alleged incidents involving the arrest of journalists as well as others documenting the Occupy protests. The Index includes incidents documented by the Research Team that raise concerns about the police arrest of individuals documenting protests or the police response. The Index only includes incidents where the available evidence either (a) *strongly suggests* that the arrest was unjustified and (b) *strongly suggests* that the individual arrested was either an accredited journalist (including freelance) or was exclusively or primarily present at the protest in a documenting role.

Due to the large number of Occupy protests, not all incidents have been recorded or are accessible. Numerous alleged incidents have been excluded because they could not be sufficiently documented. The Research Team's view is that the Index represents just a portion of the actual number of incidents of arrest of journalists and others documenting Occupy.

The sources of the alleged incidents documented here include direct observations by members of the Research Team, videos and photos, news reports, and social media. It relies in part on the monitoring of police protests carried out by Josh Stearns (not affiliated with this project or report).[3]

---

[1] See, e.g., Letter from Gabe Pressman, President, New York Press Club Found., to Michael Bloomberg, Mayor, N.Y.C., and Raymond Kelly, Comm'r, N.Y.C. Police Dep't (Nov. 15, 2011), *available at* http://www.mediabistro.com/tvspy/ny-press-club-calls-for-investigation-into-nypds-treatment-of-journalists-during-zuccotti-park-raid_b29308 ("The brash manner in which officers ordered reporters off the streets and then made them back off until the actions of the police were almost invisible is outrageous. We want the department to investigate the incidents involved this crackdown on Zuccotti Park and we want assurances it won't happen again."); *Journalists Detained at NYC Occupy Protests*, FIRST AMENDMENT CENTER (Nov. 15, 2011), http://www.firstamendmentcenter.org/several-journalists-arrested-detained-at-nyc-occupy-protests ("'American foreign correspondents routinely put themselves in harm's way to do their jobs, in some of the most brutal dictatorships in the world. And their NYC colleagues deserve the freedom to make the same choice,' Manhattan Borough President Scott Stringer said. 'Zuccotti Park is not Tiananmen Square.'").

[2] The Mayor implicitly acknowledged the complaints about the NYPD treatment of journalists on the morning of the eviction, but defended the Police Department's treatment of journalists. *See Journalists Detained at NYC Occupy Protests*, FIRST AMENDMENT CENTER (Nov. 15, 2011), http://www.firstamendmentcenter.org/several-journalists-arrested-detained-at-nyc-occupy-protests (Mayor Bloomberg stating that the purpose of the NYPD's treatment is to "protect the members of the press"). Yet the Police Department continues to contest the assertions that there were significant arrests during the eviction." *See, e.g.*, Peter C. Mastrosimone, *Kelly Talks Policy and Politics*, QUEENS CHRON. (June 7, 2012, 10:30 AM), http://www.qchron.com/editions/queenswide/kelly-talks-policy-and-politics/article_2671bf68-065f-5926-923f-0e6caedf25e2.html (last updated June 14, 2012, 11:18 AM) ("Paul Browne, the deputy commissioner for public information, who accompanied [Police Commissioner Raymond] Kelly to the interview, added that only one journalist was arrested during the [eviction] operation, despite stories to the contrary, which he called 'a total myth.' Occupy Wall Street protesters were forging press credentials in an effort to get through the police lines, he added, but that doesn't mean actual reporters were arrested."); Memorandum from Stu Loeser, Spokesperson for Mayor Bloomberg (Nov. 17, 2011), *available at* http://observer.com/2011/11/bloomberg-spokesperson-admits-arresting-credentialed-reporters-reading-the-awl/ (memorandum entitled "Just 5 of the '26 arrested reporters' are actually credentialed reporters").

[3] *See* Josh Stearns, *Tracking Journalist Arrests at Occupy Protests Around the Country, Part One*, STORIFY, http://storify.com/jcstearns/tracking-journalist-arrests-during-the-occupy-prot (last visited July 24, 2012) [hereinafter Josh Stearns, *Tracking Journalist Arrests*] (providing a link to a spreadsheet, available at https://docs.google.com/spreadsheet/pub?hl=en_US&hl=en_US&key=0AqRq1hdSmsX3dGhIenNHRkt0czg5NUFMbUhmUktuQ1E&single=true&gid=0&output=html).

| No. | Date of Arrest | Name | Media type | Outlet | Description and Documentation of Arrest |
|---|---|---|---|---|---|
| | | | | | **September 2011** |
| 1 | September 24 | John Farley | Multimedia web editor | WNET/ Thirteen's MetroFocus | Journalist arrested while attempting to interview women who had been pepper sprayed by a police officer. <br><br> "When I saw the young women get pepper sprayed, I ran over to interview them. While holding a microphone and wearing a badge identifying myself as an employee of 'WNET – New York Public Media,' I found myself suddenly roped into one of the large nets. I was thrown against a wall and handcuffed with hard plastic zip-tie restraints. I sat on the sidewalk with about 50 others. I yelled over and over 'I'm press! I'm with WNET *MetroFocus*! Please do not arrest me.'" <br> - John Farley, *Observations of a Jailed Journalist*, THIRTEEN METROFOCUS (Sept. 27, 2011, 6:00 AM), http://www.thirteen.org/metrofocus/2011/09/observations-of-a-jailed-journalist/. |
| | | | | | **October 2011** |
| 2 | October 1 | Natasha Lennard | Journalist | Freelance; Reporting for the New York Times | Journalist arrested while reporting on the kettling of hundreds of protesters on the Brooklyn Bridge. <br><br> "#OccupyWallStreet I got let go. After hours on police bus. Most ppl still handcuffed on buses. Trying to find space for us in precincts" <br> - Tweet by Natasha Lennard, TWITTER (Oct. 1, 2011, 6:49 PM), https://twitter.com/natashalennard/status/120314325360586753. <br><br> "One by one, people were systematically turned around, handcuffed and lined up along the bridge behind police lines as the drizzle in the air turned into cold rain. I was herded onto a New York City bus with those arrested at the same time." <br> - Natasha Lennard, *Covering the March, On Foot and in Handcuffs*, N.Y. TIMES (Oct. 2, 2011, 10:30 PM), http://cityroom.blogs.nytimes.com/2011/10/02/covering-the-march-on-foot-and-in-handcuffs/. |
| 3 | October 1 | Kristen Gwynne | Journalist (print); editorial assistant | Freelance; Alternet | Journalist arrested while reporting on the kettling of hundreds of protesters on the Brooklyn Bridge. <br><br> An account of the arrests is available at Kristen Gwynne & Sarah Seltzer, *NYPD Mass Arrests of Occupy Wall Street Protesters: Firsthand Account from AlterNet Staffer Trapped on Bridge*, AlterNet (Oct. 1, 2011, 2:58 PM), http://www.alternet.org/newsandviews/article/674824/nypd_mass_arrests_of_occupy_wall_street_protesters:_firsthand_account_from_alternet_staffer_trapped_on_bridge/. |

| | | | | | |
|---|---|---|---|---|---|
| 4 | October 1 | Stephanie Keith | Photo-grapher | Freelance | Journalist arrested while reporting on the kettling of hundreds of protesters on the Brooklyn Bridge.<br><br>"From that point, until they stopped the march on the bridge, the police didn't say anything more about arrests. . . .It was only when we got about a third of the way up the bridge that the police turned round, blocked the roadway, and read from the same script -- that people would be arrested."<br>- Matt Wells, *Occupy Wall Street -- The Story of the Brooklyn Bridge 'Trap'*, GUARDIAN (Oct. 3, 2011, 12:31), http://www.guardian.co.uk/world/blog/2011/oct/03/occupy-wall-street-brooklyn-bridge-arrests (giving the written account of Stephanie Keith). |
| | | | NOVEMBER 2011 | | |
| 5 | November 15 | Julie Walker | Journalist (radio) | National Public Radio | Journalist arrested during eviction, outside Zuccotti Park.<br><br>Confirmed as arrested with valid NYPD-issued press pass. Desk appearance ticket issued for charge of disorderly conduct.<br>- Memorandum from Stu Loeser, Spokesperson for Mayor Bloomberg (Nov. 17, 2011), *available at* http://observer.com/2011/11/bloomberg-spokesperson-admits-arresting-credentialed-reporters-reading-the-awl/.<br><br>"Julie Walker, a freelance radio journalist, told the AP she was arrested on a disorderly conduct charge while walking several blocks north of Zuccotti Park after covering the raid that evicted protesters from the two-month encampment. She said an officer grabbed her arm twice and arrested her after she asked for the officer's name and badge number. 'I told them I'm a reporter,' said Walker, who was working for National Public Radio. 'I had my recorder on before he ripped it out of my hand.'"<br>- *Journalists Detained at NYC Occupy Protests*, FIRST AMENDMENT CENTER (Nov. 15, 2011), http://www.firstamendmentcenter.org/several-journalists-arrested-detained-at-nyc-occupy-protests.<br><br>"Julie Walker, a freelance radio reporter, said she was arrested while trying to report on the protests overnight, while wearing her NYPD-issued press identification. Walker said she spent three to four hours in custody before she was released around 7 a.m. She was given a desk appearance ticket. 'When I was let out I just went straight back to work,' Walker said."<br>- Meena Hartenstein, Update to *Occupy Wall Street: November 15th NYPD Raid on Zuccotti Park, November 16th, and November 17th Day of Action*, N.Y. DAILY NEWS (Nov. 15, 2011, 1:05 PM), http://live.nydailynews.com/Event/Showdown_at_Zuccotti_Park_The_NYPDs_raid_on_Occupy_Wall_Street_NYC?Page=2. |

| 6 | November 15 | Jared Maslin | Journalist (print / online) | Freelance, writing for The Local East Village, a partnership between the *New York Times* and New York University | Journalist arrested at approximately 2 a.m. outside Zuccotti Park during the November 15 eviction.<br><br>"At around 1:45 a.m., finding all routes to the park blocked, this reporter filmed scuffles between the police and a crowd. . . .This reporter tweeted from the scene: 'I am one block north of the park and can't leave. Crowd on sidewalk literally surrounded by police.' The Local's reporter, who repeatedly identified himself to the police as a journalist while on the scene, complied with the order and walked north while filming protesters, however (as seen at the 2:11 mark in the video) his progress was stopped by a group of officers blocking the sidewalk. . . .One of the officers arrested him using plastic Flexi-Cuffs, even as he continued to identify himself as a journalist and called attention to press credentials hanging from his neck. (The press card had been issued for an unrelated assignment by the Media Accreditation and Liaison Unit of the United Nations in September). . . . This reporter was released at 9:35 a.m. and charged with disorderly conduct . . ."<br>- Jared Maslin, *Video: Reporter for The Local Is Arrested During Occupy Wall Street Clearing*, LOCAL EAST VILLAGE (Nov. 15, 2011, 2:05 PM), http://eastvillage.thelocal.nytimes.com/2011/11/15/video-reporter-for-the-local-is-arrested-during-occupy-wall-street-clearing/ (providing supporting video, in which the journalist is arrested, screaming, "I am a reporter. I am a reporter. I am a journalist. I am a journalist. I am a reporter. This is my press credential," at 2:16-2:33). |

| # | Date | Name | Role | Outlet | Description |
|---|---|---|---|---|---|
| 7 | November 15 | Jennifer Weiss | Journalist (video / print) | Agence France Presse<br><br>"Freelance video/print journalist with AFP and the Wall Street Journal, co-producer of @HardTimesLOLI and Once in a Lullaby, and editor at @jcindependent."<br>Jennifer Weiss, Profile, TWITTER, https://twitter.com/jennifer_weiss/ (last visited July 24, 2012). | Journalist arrested during eviction, outside Zuccotti Park.<br><br>Arrested screaming, with increasing exasperation, "I'm with the press. I'm with the press. I'm with the press. I don't want to get arrested. I'm with the press. I'm with the press. I'm with the press. Stop it. I'm with the press. Please put me down. Please put me down. Please put me down. I'm with the press. I'm with the press. I'm with the press. Please. I'm with the press. I'm with the press." [Video cuts with the words of a police officer off-screen, "Lock her up. Somebody lock her up."]<br>- AFP, *AFP Journalist Films Own Arrest at NY Protest*, YOUTUBE (Nov. 18, 2011), http://www.youtube.com/watch?v=QdXPBBj7gyw&feature=player_embedded (at 0:12-0:34).<br><br>"I kept the camera rolling during my arrest covering #OWS Tuesday bit.ly/w0BBuO @jcstearns #journarrest"<br>- Tweet by Jennifer Weiss, TWITTER (Nov. 18, 2011, 10:03 AM), https://twitter.com/jennifer_weiss/status/137591714788556800.<br><br>"When I was arrested, I was put in a police van with NY councilman Ydanis Rodriguez and an @AFP photographer."<br>- https://twitter.com/jmalsin/status/136463511684530176.<br><br>"The AFP photographer/videographer who was arrested alongside me Tuesday morning was @jennifer_weiss cc @jcstearns @MatthewWells @nyclu"<br>- Tweet by Jared Malsin, TWITTER (Nov. 17, 2011, 9:10 PM), https://twitter.com/jmalsin/status/137397244033904640. |
| 8 | November 15 | Patrick Hedlund | News editor | DNAInfo | Journalist arrested at the eviction, outside perimeter of Zuccotti Park, at 4:30 a.m.<br><br>Confirmed as arrested with valid NYPD-issued press pass. Desk appearance ticket issued for charge of disorderly conduct.<br>- Memorandum from Stu Loeser, Spokesperson for Mayor Bloomberg (Nov. 17, 2011), *available at* http://observer.com/2011/11/bloomberg-spokesperson-admits-arresting-credentialed-reporters-reading-the-awl/.<br><br>"Patrick Hedlund, a DNAinfo.com News Editor, and Paul Lomax, a freelance photographer assigned to cover Occupy Wall Street for DNAinfo.com, were arrested in separate incidents. Hedlund, who has reported in the city and around the United States for seven years, was arrested about 4:30 a.m. outside the perimeter of Zuccotti Park."<br>- Michael Ventura, *DNAinfo.com Journalists Arrested While Covering OWS Police Raids*, DNAINFO.COM (Nov. 15, 2011, 1:37 PM), http://www.dnainfo.com/new-york/20111115/downtown/dnainfo-journalists-arrested-while-covering-ows-police-raids#ixzz21X97jPUz (last updated Nov. 16, 2011, 7:16 AM). |

| 9 | November 15 | Justin Bishop | Photo-grapher | Vanity Fair | Photographer arrested on the day of eviction, at Duarte Square, owned by Trinity Church.<br><br>Describing his arrest: "I was shooting without incident, made eye contact with several cops, in fact. Then all of a sudden the park was nearly empty, and from my end I couldn't see that a few reporters had already been cuffed. Three officers were marching my way. I considered turning and hopping over the wall behind me, but figured it better to announce myself as press than to be charged with 'resisting arrest' (or worse, being pulled down from the eight-foot wall in any kind of painful way). They grabbed both my arms and snatched the camera out of my hands before asking for credentials. I didn't actually think that my 'V.F. Press ID' card or my business card would keep me from getting escorted away in handcuffs. But foolishly I did think it would assure I get hauled off along with the other journalists, and given a warning before being released. Not quite. We were processed and put on the bus along with the rest of 'em. Off to One Police Plaza, photographed along the way."<br>- Juli Weiner, *An Oral History of a* Vanity Fair *Photographer's Arrest at Occupy Wall Street*, VF DAILY (Nov. 17, 2011, 2:20 PM), http://www.vanityfair.com/online/daily/2011/11/An-Oral-History-of-a-emVanity-Fairem-Photographers-Arrest-at-Occupy-Wall-Street (with photo and video). |

| 10 | November 15 | Matthew Lysiak | Journalist | New York Daily News | Journalist arrested on day of eviction, at Duarte Square, owned by Trinity Church.<br><br>Confirmed as arrested for trespassing, arrest "voided." "No [valid NYPD press pass] – may carry expired pass."<br>- Memorandum from Stu Loeser, Spokesperson for Mayor Bloomberg (Nov. 17, 2011), *available at* http://observer.com/2011/11/bloomberg-spokesperson-admits-arresting-credentialed-reporters-reading-the-awl/.<br><br>Caption of video reads: "Here's video of our reporter Matt Lysiak getting arrested earlier today. He's the one getting arrested at 1:30." Arrestee cannot be heard, but image shows police officer arresting man with two large cameras around his neck.<br>- Anjali Mullany, *NYPD Raid on Zuccotti Park, November 16th, and November 17th Day of Action*, N.Y. DAILY NEWS (Nov. 15, 2011, 5:41 PM), http://live.nydailynews.com/Event/Showdown_at_Zuccotti_Park_The_NYPDs_raid_on_Occupy_Wall_Street_NYC/18742849 (image at 1:28).<br><br>"I've been arrested."<br>- Matthew Lysiak, Post to *Showdown at Zuccotti Park: The NYPD's Raid on Occupy Wall Street*, N.Y. DAILY NEWS (Nov. 15, 2011, 12:57 PM), http://live.nydailynews.com/Event/Showdown_at_Zuccotti_Park_The_NYPDs_raid_on_Occupy_Wall_Street_NYC?Page=2.<br><br>"Matthew Lysiak of the Daily News of New York was also arrested at the park, according to witnesses and the Daily News."<br>- *Journalists Detained at NYC Occupy Protests*, FIRST AMENDMENT CENTER (Nov. 15, 2011), http://www.firstamendmentcenter.org/several-journalists-arrested-detained-at-nyc-occupy-protests. |

| | | | | | |
|---|---|---|---|---|---|
| 11 | November 15 | Karen Matthews | Journalist (print) | Associated Press | Journalist arrested on day of eviction, at Duarte Square, owned by Trinity Church.<br><br>Confirmed as having valid NYPD-issued press pass. Arrested for trespassing and arrest "voided."<br>- Memorandum from Stu Loeser, Spokesperson for Mayor Bloomberg (Nov. 17, 2011), *available at* http://observer.com/2011/11/bloomberg-spokesperson-admits-arresting-credentialed-reporters-reading-the-awl/.<br><br>"AP reporter Karen Matthews and AP photographer Seth Wenig were arrested by #NYPD while covering #Occupy protests."<br>- Tweet by Chad Roedemeier (Director of State News & Member Choice Products, Associated Press), TWITTER (Nov. 15, 2011, 9:31 AM) https://twitter.com/chadroedemeier/status/136496632048005120.<br><br>"Reporter Karen Matthews and photographer Seth Wenig of The Associated Press in New York were taken into custody along with about eight other people after they followed protesters through an opening in a chain-link fence into a park, according to an AP reporter and other witnesses.<br>- *Journalists Detained at NYC Occupy Protests*, FIRST AMENDMENT CENTER (Nov. 15, 2011), http://www.firstamendmentcenter.org/several-journalists-arrested-detained-at-nyc-occupy-protests. |
| 12 | November 15 | Seth Wenig | Photo-grapher | Associated Press | Photographer arrested on day of eviction, at Duarte Square, owned by Trinity Church.<br><br>Confirmed as having valid NYPD-issued press pass. Arrested for trespassing and arrest "voided."<br>- Memorandum from Stu Loeser, Spokesperson for Mayor Bloomberg (Nov. 17, 2011), *available at* http://observer.com/2011/11/bloomberg-spokesperson-admits-arresting-credentialed-reporters-reading-the-awl/. |

| 13 | November 15 | Paul Lomax | Photographer | Freelance; DNAInfo | Photographer arrested on day of eviction, at Duarte Square, owned by Trinity Church, at approximately 12 p.m.<br><br>Confirmed arrest with valid NYPD-issued press pass. Arrested for trespassing and arrest "voided."<br>- Memorandum from Stu Loeser, Spokesperson for Mayor Bloomberg (Nov. 17, 2011), *available at* http://observer.com/2011/11/bloomberg-spokesperson-admits-arresting-credentialed-reporters-reading-the-awl/.<br><br>"Patrick Hedlund, a DNAinfo.com News Editor, and Paul Lomax, a freelance photographer assigned to cover Occupy Wall Street for DNAinfo.com, were arrested in separate incidents. . . .Lomax, a seasoned photographer who has worked for news organizations throughout the city, was arrested at Duarte Square, near Sixth Avenue and Canal Street, at approximately noon after protesters had made their way there. He was released after roughly four hours with all charges dropped, he said."<br>- Michael Ventura, *DNAinfo.com Journalists Arrested While Covering OWS Police Raids*, DNAINFO.COM (Nov. 15, 2011, 1:37 PM), http://www.dnainfo.com/new-york/20111115/downtown/dnainfo-journalists-arrested-while-covering-ows-police-raids#ixzz21X97jPUz (last updated Nov. 16, 2011, 7:16 AM). |

| | | | | | |
|---|---|---|---|---|---|
| 14 | November 15 | Doug Higgin-botham | Video-journalist | Freelance; working for TV New Zealand | Videojournalist arrested on day of eviction while filming Zuccotti Park in the afternoon; released after several hours with a summons.<br><br>Confirmed as arrested for disorderly conduct. "C summons issued." "No [valid NYPD press pass] – may carry expired pass."<br>- Memorandum from Stu Loeser, Spokesperson for Mayor Bloomberg (Nov. 17, 2011), *available at* http://observer.com/2011/11/bloomberg-spokesperson-admits-arresting-credentialed-reporters-reading-the-awl/.<br><br>"David Higginbotham, a freelance video journalist working for TV New Zealand, said he was arrested late this morning after protesters tried to re-enter Zuccotti Park. Higginbotham said he was standing on top of a phone booth to film and was told to get down. 'The police just pulled me off, put me in handcuffs, slapped me against the truck. They took my press ID off me,' said Higginbotham, who has worked a decade in New York. 'Ten years. Never been arrested. I covered 9/11. I covered DSK (Dominique Strauss-Kahn).'"<br>- *Journalists Detained at NYC Occupy Protests*, FIRST AMENDMENT CENTER (Nov. 15, 2011), http://www.firstamendmentcenter.org/several-journalists-arrested-detained-at-nyc-occupy-protests.<br><br>"A riot cop spied Doug up there and asked him to come down. Other cops started shouting. 'He's getting down,' I said, 'He's getting down.' The police started to ascend somehow. . . . As the Thin Blue Line grew closer, Doug made to hand me his camera. This is a $40,000 implement. His lifeblood. . . .I tried to hold it. A cop reached out and took hold. The camera swayed his way. Doug pulled back. One of the riot police was trying to pull him off the telephone booth roof. That's when all hell broke loose.. . . .. I remember Doug saying, 'I'm just trying to do my job,' to which they replied, implacable, 'we're just trying to do ours'. When they applied the plastic handcuffs, I realised the NYPD's job definition now included arresting journalists. . . .They cut Doug loose several hours later. During the melee, part of his camera got smashed up. He had bruising, abrasions on his wrists where the cuffs were, and was brandishing a summons."<br>- Tim Wilson, *NYPD Arrests My Cameraman*, TV New Zealand (Nov. 16, 2011, 2:37 PM), http://tvnz.co.nz/world-news/tim-wilson-nypd-arrests-my-cameraman-4542886 (recounting the arrest and providing video of the arrest at 1:30). |
| 15 | November 17 | Ryan Harvey | Corresp-ondent | IndyReader | Correspondent arrested during protest on two-month anniversary of Occupy Wall Street.<br><br>"We just got word that Indyreader correspondent @ryanharveysongs just got arrested at #N17 #OWS action. Spread the word. FREE OUR JOURNALIST!"<br>- Tweet by @IndyReader, TWITTER (Nov. 17, 2011, 7:04 AM), https://twitter.com/Indyreader/status/137184246782636032. |

| | | | | | DECEMBER 2011 |
|---|---|---|---|---|---|
| 16 | December 3 | Carla Murphy | Journalist | Freelance: Gotham Gazette and others | Journalist arrested in the Bronx at an Occupy the Bronx protest over a community garden.<br><br>Video shows an officer questioning a reporter filming an interview with an activist about whether she has a press pass. She asks, "Am I not allowed to be on the sidewalk interviewing someone?" The officer replies, "I just want to know if you have a press pass." At 10:24, a woman is arrested and identifies herself as a journalist.<br>- ricoism, *NYPD Wrongfully Arrested Participants of Occupy the Bronx Festivities*, YouTube (Dec. 4, 2011), http://www.youtube.com/watch?feature=player_detailpage&v=JdGcQvCXKdM#t=604s%C2%A0 (at 6:36-7:15 and 10:24-10:30).<br><br>"On December 3, Carla Murphy, a freelance journalist who has published with the Gotham Gazette, was arrested. In the video below you can clearly hear her telling police she is a journalist. The video also shows police giving another reporter a hard time."<br>- Josh Stearns, *Tracking Journalist Arrests.*<br><br>"Four activists and a freelance journalist were handcuffed on the sidewalk outside a vacant lot at Southern Blvd. and Union Ave. in Mott Haven, formerly the Morning Glory Community Garden."<br>- Daniel Beekman, *Police arrest five people to break up Bronx rally at community garden razed by the city for housing*, N.Y. DAILY NEWS (Dec. 6, 2011), http://www.nydailynews.com/new-york/bronx/police-arrest-people-break-occupy-bronx-rally-community-garden-razed-city-housing-article-1.987207?localLinksEnabled=false. |

| 17 | December 12 | John Knefel | Journalist | Freelance; citizen journalist. Has written about OWS for Salon | Journalist arrested at a Goldman Sachs protest at New York's Winter Garden in the World Financial Center. One of nine citizen journalists or livestreamers reportedly arrested there.<br><br>" [M]y brother John and I were there to tweet and take pictures. . . . John and I walked over with a couple of other media people. He covered the Zuccotti Park eviction for Salon, live-tweets most of the OWS events in the city, and has gotten to know many of the independent journalists who document the movement." At one point during the protest, the police formed a circle around the protesters leading to their dispersal. "That was when everything escalated completely out of control. . . .Suddenly, the outer circle of cops was swarming in and violently pushing people away. John had been standing near the crowd, taking video. I was about 20 feet from him, and when I looked back in his direction, I saw his blue hood on the ground. I ran toward him and slid to the ground, leaning in between people's knees to take pictures. John was face down on the ground being handcuffed, his glasses flung across the floor and people screaming, 'Stop, stop, he didn't do anything!' . . . Several cops pushed me away as I asked, 'What is he being arrested for? He was taking pictures.' A cop said, 'He didn't produce an official press pass, so that means he was resisting arrest.'. . . .[T]he same cop said, 'If you don't step back immediately, you will be arrested too.'"<br>- Molly Knefel, *Busted for Tweeting*, SALON (Dec. 13, 2012, 9:02 AM), http://www.salon.com/2011/12/13/busted_for_tweeting/.<br><br>Also on the same day, "a credentialed freelance photographer who was working for the New York Times was also blocked from filming and then forced out of the building by police. While not arrested, his story and the video below say a lot about how the arrests yesterday went down and the continued escalation between police and press."<br>- Josh Stearns, *Tracking Journalist Arrests. See also* Joe Pompeo, *In Video, Confrontation Between a 'Times' Photographer and the NYPD at Occupy Wall Street Protest Downtown*, CAPITAL (Dec. 12, 2011, 4:08 PM), http://www.capitalnewyork.com/article/media/2011/12/4586791/video-confrontation-between-times-photographer-and-nypd-occupy-wall-st (journalist confirmed as Robert Stolarik).<br><br>In one of the videos for the day of one of the livestreamers arrested (at 0:23), one livestreamer can be seen with his camera out and computer open, filming. For no apparent reason, he is tackled to the ground and his camera taken. Multiple police drag him across the floor and arrest him with his hands behind his back, and him still on the floor. Police then are aggressively moving people away from the site of the arrest. At 1:45, a legal observer reaches him and asks, "Are you ok?" He replies, "um, they broke my camera."<br>- OccupyTVNY, *NYPD Targets Media*, YOUTUBE (Dec. 12, 2011), http://www.youtube.com/watch?v=rcprvmc4WoI.<br><br>Event witnessed by member of Research Team. |

| 18 | December 17 | Zach Roberts | Photo-journalist | Greg Palast and BBC | Photojournalist arrested at a three-month anniversary protest march at Duarte Park.<br><br>"Being arrested #d17"<br>- Tweet by Zach Roberts (Journalist, filmmaker, photographer), TWITTER (Dec. 17, 2011, 12:41 PM), https://twitter.com/zdroberts/status/148140855151173632.<br><br>"On Saturday, our man Zach D. Roberts, along with a bishop of the Episcopalian Church and three ministers of various faiths, plus a stand-up comic were pushed face first into the dirt at Duarte Park, hand-cuffed and hauled off in a police van to the lock-up in Lower Manhattan. I did NOT appreciate that this follows his previous bust at Occupy, the busting of our $600 Tokina 11-16 f2.8 lens by a cop slamming his nightstick down on Zach (reparable) and hitting the lens (not reparable)."<br>- Greg Palast, *Our Photographer (& His Lens) Busted @ Occupy Wall Street*, GREGPALAST.COM (Dec. 21, 2011), http://www.gregpalast.com/our-photographer-his-lens-bustedoccupy-wall-street/. |

