# EXHIBIT C

**Journalists Arrested at Occupy Events Nationwide : compiled by Josh Stearns**

| NAME | OCCUPATION | OUTLET | DATE OF ARREST | CITY | STATE |
|---|---|---|---|---|---|
| **Journalists arrested while covering Occupy events** | | | | | |
| John Farley | multimedia web editor | WNET/Thirteen's MetroFocus | 9/24/11 | New York City | NY |
| Natasha Lennard | freelancer | reporting for the New York Times | 10/1/11 | New York City | NY |
| Kristen Gwynne | freelancer and editorial assistant | Alternet | 10/1/11 | New York City | NY |
| Stephanie Keith | freelance photographer | freelance | 10/1/11 | New York City | NY |
| Marisa Holmes | documentary filmmaker | | 10/1/11 | New York City | NY |
| Bob Plain | digital reporter | was reporting for WPRO | 10/11/11 | Boston | MA |
| Peter Harris | freelance photojournalist | | 10/27/11 | New York City | NY |
| Jonathan Meador | reporter | Nashville Scene | 10/28/11 | Nashville | TN |
| Malina Chavez-Shannon | photojournalism student | Tennessee State University | 10/28/11 | Nashville | TN |
| Jonathan Foster | photographer | RIT's Reporter Magazine | 10/28/11 | Rochester | NY |
| Ian Graham | freelance photographer | RVA Magazine | 10/30/11 | Richmond | VA |
| Kristyna Wentz-Graff | staff photographer | Milwaukee Journal Sentinal | 11/2/11 | Milwaukee | WI |
| Susie Cagle | freelance journalist and cartoonist | Alternet, Truthout, Good, Citizen Radio | 11/3/11 | Oakland | CA |
| Stephanie Pharr | intern | Creative Loafing | 11/5/11 | Atlanta | GA |
| Alisen Redmond | journalist | Kenneshaw State University Sentinel | 11/5/11 | Atlanta | GA |
| Judith Kim | journalist | Georgia State University Signal | 11/5/11 | Atlanta | GA |
| Josh Davis | student journalist | University of North Carolina | 11/13/11 | Chapel Hill | NC |
| Katelyn Ferral | journalist | News and Observer | 11/13/11 | Chapel Hill | NC |
| Julie Walker | freelancer | NPR | 11/15/11 | New York City | NY |
| Jared Malsin | freelancer | The Local East Village | 11/15/11 | New York City | NY |
| Jennifer Weiss | video journalist | Agence France-Presse | 11/15/11 | New York City | NY |
| Justin Bishop | photographer | Vanity Fair | 11/15/11 | New York City | NY |
| Matthew Lysiak | reporter | New York Daily News | 11/15/11 | New York City | NY |
| Karen Matthews | reporter | Associated Press | 11/15/11 | New York City | NY |
| Seth Wenig | photographer | Associated Press | 11/15/11 | New York City | NY |
| Patrick Hedlund | news editor | DNAinfo | 11/15/11 | New York City | NY |
| Paul Lomax | freelance photographer | DNAinfo | 11/15/11 | New York City | NY |
| Doug Higginbotham | freelance video journalist | TV New Zealand | 11/15/11 | New York City | NY |
| Peter Harris (2nd arrest) | freelance photojournalist | | 11/15/11 | New York City | NY |
| Ryan Harvey | correspondent | Indyreader | 11/17/11 | New York City | NY |
| Faith Laugier | journalist | WBAI | 11/17/11 | New York City | NY |
| Yasha Levine | editor | Exiled Online | 11/29/11 | Los Angeles | CA |
| Tyson Zolton Heder | freelance photographer | | 11/29/11 | Los Angeles | CA |
| Calvin Milam | journalist and editor | City News Service | 11/29/11 | Los Angeles | CA |
| Matthew Hamill | radio host | 107.1 WRFN-LPFM | 12/3/2011 | Nashville | TN |
| Carla Murphy | freelance journalist | Gotham Gazette and others | 12/3/2011 | New York City | NY |
| John Knefel | freelancer and host | Salon and Radio Dispatch | 12/12/2011 | New York City | NY |
| Renée Renata Bergan | independent filmmaker | citizen journalist | 12/12/2011 | New York City | NY |
| Nick Isebella | livestream | citizen journalist | 12/12/2011 | New York City | NY |
| Justin Wedes | livestream | citizen journalist, OWS media team | 12/12/2011 | New York City | NY |
| Paul Sullivan | livestream | citizen journalist | 12/12/2011 | New York City | NY |
| Lorenzo Serna | livestream | GlobalRevolution.TV | 12/12/2011 | New York City | NY |
| Jeff Smith | livestream | citizen journalist, OWS media team | 12/12/2011 | New York City | NY |
| Charles Meacham | photographer | citizen journalist | 12/12/2011 | New York City | NY |
| Stanley W. Rogouski | photographer | citizen journalist | 12/12/2011 | New York City | NY |
| Zach Roberts | photojournalist | Greg Palast and BBC | 12/17/2011 | New York City | NY |
| Jennifer Dworkin | independent film maker | past work with PBS Point of View | 12/17/2011 | New York City | NY |
| Elizabeth Arce | livestream | GlobalRevolution.TV | 1/1/2012 | New York City | NY |
| 6 Journalists from GlobalRevolution.tv | livestream | GlobalRevolution.TV | 1/3/2012 | New York City | NY |
| Adam Katz | photographer, videographer | citizen journalist, Occupy Oakland media team | 1/3/2012 | Oakland | CA |
| Susie Cagle (2nd arrest) | freelance journalist and cartoonist | Alternet, Truthout, Good, Citizen Radio | 1/28/12 | Oakland | CA |
| Gavin Aronsen | Writing fellow, managing editor | Mother Jones, Ames Progressive | 1/28/12 | Oakland | CA |
| John Osborn | freelancer | East Bay Express | 1/28/12 | Oakland | CA |
| Vivian Ho | journalist | San Francisco Chronicle | 1/28/12 | Oakland | CA |
| Kristin Hanes | journalist | ABC News San Francisco station KGO | 1/28/12 | Oakland | CA |
| Yael Chanoff | journalist | San Francisco Bay Area Guardian | 1/28/12 | Oakland | CA |
| Bryan Westfall | freelancer | citizen journalist | 1/28/12 | Oakland | CA |
| Kim Beavers | News Director | Grateful Dread Public Radio | 1/28/12 | Oakland | CA |
| Christina Kay | livestream | citizen journalist | 1/28/12 | Oakland | CA |
| Luke Rudkowski | video journalist | WeAreChange .org | 1/29/2012 | New York City | NY |
| Carlos Miller | photojournalist | Pixiq "Photography is not a Crime" | 1/31/2012 | Miami | FL |
| Jerry Nelson | photojournalist | citizen journalist | 2/4/2012 | Washington | DC |
| Bradley Stuart Allen | photojournalist | Santa Cruz Indymedia | 2/8/2011 | Santa Cruz | CA |
| Alex Darocy | photojournalist | Santa Cruz Indymedia | 2/8/2011 | Santa Cruz | CA |
| Jacquie Kubin | journalist and editor | Washington Times Communities | 2/10/2012 | Washington | DC |

Note:

I have been tracking journalist arrest at Occupy events around the U.S. since September. Please send tips to me on Twitter @jcstearns or via email at jstearns [at] freepress [dot] net.

This spreadsheet is only a summary. For background, source material, links, videos and more visit my full list of journalist arrests on Storify: http://bit.ly/journarrest

**Journalists arrested while participating in protests or civil disobedience related to Occupy events**

| Name | Role | Publication | Date | City | State |
|---|---|---|---|---|---|
| J.A. Myerson | freelancer | TruthOut | 11/17/11 | New York City | NY |
| Keith Gessen | editor | n+1 | 11/17/11 | New York City | NY |
| Sarah Leonard | editor | Dissent and The New Inquiry | 11/17/11 | New York City | NY |
| Eli Schmitt | editor | Occupy! Gazette | 11/17/11 | New York City | NY |
| Kathleen Ross | business manager, reporter | n+1 | 11/17/11 | New York City | NY |

Published by Google Docs  —  Report Abuse  —  Updated automatically every 5 minutes