**EXHIBIT F**



George Freeman
Vice President and
Assistant General Counsel

February 1, 2012

Deputy Commissioner Paul J. Browne
Office of the Deputy Commissioner of Public Information
New York Police Department
1 Police Plaza
New York, NY 10007

620 Eighth Avenue
New York, NY 10018

tel 212.556-1558
fax 212.556-4634
freemang@nytimes.com

### Re: NYPD – Press Relations

Dear Deputy Commissioner Browne,

  We write to follow-up on the series of correspondence and meetings we have had over the past few months regarding press-police relations, the lack of access and, indeed, the apparent restrictions and intimidation aimed at working journalists by police officers. We appreciate the steps you and Commissioner Kelly have taken. However, as we have reported to you over the past few months, subsequent to the issuance of the Finest message on 11/23/11, there have been numerous instances of unfavorable treatment of credentialed members of the press. There have been other reports of police officers using a variety of tactics ranging from inappropriate orders directed at some journalists to physical interference with others, who were covering newsworthy sites and events. Indeed, as recently as this Monday it was reported (attached) that at another OWS demonstration, police "officers blocked the lens of a newspaper photographer attempting to document the arrests." As a result, a number of press entities feel that more needs to be done if we are to resolve these issues in an amicable manner.

  While many of us would like to resolve these issues expeditiously we believe that in order to do so the following requests would need to be met:

- NYPD written responses to each of the incidents we have reported to you including those set forth in our joint letter of November 21, 2011, and the various emails from Mickey Osterreicher, George Freeman (two involving New York Times reporter Colin Moynihan) and others. We appreciate that you have given us the result of one investigation involving the blocking of photographer Stolarik and your recent partial response about David Handschuh, but those are the only results we are aware of.

- You indicated in an email that you had planned a meeting of all borough task force commanders be called "to instill in them the importance of recognizing and protecting access, and not tolerating attempts to undermine it." You also said that you would apprise us of the outcome of such meeting. Did that meeting occur? Who spoke regarding the need to instill in the commanders those First Amendment values? What did such person(s) say? Who attended? What was the reaction?

- At our meeting the day before Thanksgiving, we all agreed on the need for continuing

education both to rookie officers and to experienced members of the force. Has training regarding press relations occurred? What happened in these sessions? How big of an audience? May we see the curriculum?

- Other than in the incident involving photographer Stolarik, has any officer been disciplined for any incident involving altercations with the press?

While these requests may appear overly burdensome, we believe they are necessary for the significant improvement of police-press relations – moving from the issuance of policy statements to tangible improvements on the streets. Such progress is essential in order to bring about meaningful press access and genuine cooperation, thus allowing us to fulfill our constitutional role of reporting on public events. Please do not underestimate our resolve in working to rectify these concerns. We very much look forward to your response.

Thank you for your anticipated cooperation.

Very truly yours,

George Freeman

Nicholas E. Poser, WCBS-TV

Anne B. Carroll, The Daily News

Karen Kaiser, Associated Press

Steve Chung, NBC Universal WNBC-TV

Craig Lindner, Dow Jones & Company

Gabe Pressman, NY Press Club

Mickey H. Osterreicher, National Press Photographers Association (NPPA)

Shmuel Bulka, Thomas Reuters

Townsend Davis, WABC-TV

Jason Criss, New York Press Photographers Association (NYPPA)

Charles Glasser, Bloomberg News

Lucy Dalglish, Reporters Committee for Freedom of the Press (RCFP)

cc: Commissioner Raymond Kelly (via email pc.office@nypd.org)
    Michael Cardozo, Esq. (via facsimile (212) 788-0367)