**EXHIBIT G**

Please see video attached.