# EXHIBIT A

# National Press Photographers Association, Inc.

*The Society of Visual Journalists*

3200 Croasdaile Drive • Suite 306
Durham, NC 27705-2586
Phone: (716) 983-7800 • Fax: (716) 608-1509
lawyer@nppa.org

Via FedEx

October 17, 2011

Deputy Commissioner Paul J. Browne
Office of the Deputy Commissioner of Public Information
New York Police Department
1 Police Plaza
New York, NY 10007

**Re: DCPI Protocols**

Dear Deputy Commissioner Browne,

This is a follow-up to our meeting in August as well to our letter to you dated August 23, 2011. During that meeting you promised to review facts regarding certain incidents that I provided to you on behalf of all the media companies listed below as signatories. You also agreed that additional training to reinforce media guidelines, especially for newer officers on the force, would be beneficial. In order to avoid verbal discrepancies over DCPI-Press issues you requested that both you and Lt. Whyte be immediately notified by email of any future incidents. On August 26, 2011 I sent such an email requesting clarification regarding media access to closed or evacuated areas as a result of Hurricane Irene.

While we look forward to cooperatively working with your department to evaluate and address issues arising from police-media interaction, we are disappointed that you have not responded in any fashion since the date of our meeting.

We have been patient in waiting until the events surrounding the 10th anniversary of 911 have passed because we assumed that those plans consumed much of your time. We now respectfully request a response to the issues conveyed at the meeting, an update on any further plans for training by the Department, as well as the correct procedures for communicating with DCPI when issues arise. Thank you for your attention in this matter.

Very truly yours,

Mickey Osterreicher
General Counsel

_[signature]_ /MO
Nicholas E. Poser, WCBS-TV

_[signature]_ /MO
Anne Carroll, The Daily News

_[signature]_ /MO
Karen Kaiser Associated Press

_[signature]_ /MO
Steve Chung, NBCUniversal WNBC-TV

_[signature]_ /MO
Jason Conti, Dow Jones & Company

_[signature]_ /MO
George Freeman, The New York Times

_[signature]_ /MO
Shmuel Bulka, Thomas Reuters

_[signature]_ /MO
Townsend Davis, WABC-TV

_[signature]_ /MO
Jason Criss, NYPPA

cc: S. Andrew Schaffer, Esq. (via FedEx)
Commissioner Raymond Kelly (via email pc.office@nypd.org)
Michael Cardozo, Esq. (via facsimile (212) 788-0367)