# EXHIBIT H



**DATE:**    09/14/2018
**TIME:**    15:40:19
**SER#:**    31434005

# FINEST MESSAGE
## General Administrative Information

TO:    ALL COMMANDS

RE:    MOS RESPONSIBILITIES REGARDING INTERACTIONS WITH MEMBERS OF THE PRESS

IN LIGHT OF RECENT EVENTS REGARDING RECORDING OF POLICE ACTIONS, IT IS IMPORTANT TO REVIEW THE RESPONSIBILITIES MOS HAVE WHEN DEALING WITH MEMBERS OF THE PRESS. MOS ARE STRONGLY URGED TO REVIEW PATROL GUIDE PROCEDURE 212-49, "INCIDENTS INVOLVING MEDIA REPRESENTATIVES," WHICH DIRECTS THAT MOS NOT INTERFERE WITH PHOTOGRAPHING OR VIDEOTAPING BY PROPERLY CREDENTIALED MEMBERS OF THE PRESS. MEMBERS OF THE PRESS ARE ALSO TO BE PERMITTED ACCESS TO POLICE LINES, EXCLUDING INTERIOR CRIME SCENES AND AREAS FROZEN FOR SECURITY OR SAFETY PURPOSES. AS ALWAYS, SUCH ACCESS MAY BE LIMITED FOR SAFETY PURPOSES OR WHERE IT MAY INHIBIT THE PROPER PERFORMANCE OF POLICE DUTIES.

MOS ARE ALSO REMINDED THAT PARKING OF POLICE (OR OTHER AGENCY VEHICLES) IN AREAS THAT ARE RESERVED BY SIGN FOR THE PARKING OF PRESS VEHICLES ("NYP PLATE PARKING ONLY") IS STRICTLY PROHIBITED ABSENT URGENT OR NECESSARY POLICE ACTION. THIS EXCEPTION IS LIMITED AND TEMPORARY IN NATURE. IN ALL OTHER CASES THERE IS NO VALID VERIFIABLE DEFENSE THAT AUTHORIZES THE PARKING OF NYPD VEHICLES IN PRESS PARKING AREAS. NYPD VEHICLES MAY BE ISSUED SUMMONSES AND MEMBERS OF THE SERVICE MAY BE SUBJECT TO DISCIPLINARY ACTION.

QUESTIONS REGARDING THE CONTENT OF THIS MESSAGE MAY BE DIRECTED TO THE LEGAL BUREAU AT 646-610-5400.

AUTHORITY: COMMANDING OFFICER, LEGAL BUREAU
OPERATOR: LT CORBETT