UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YDANIS RODRIGUEZ, et al.,
                    Plaintiffs,

           -against-                                          12 CIVIL 3389 (NRB)

                                                                  **JUDGMENT**

EDWARD WINSKI, et al.,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 12, 2020, defendants' motion to dismiss NPPA's Second Amended Complaint is granted for lack of standing; accordingly, the case is closed.

**Dated:** New York, New York
       March 13, 2020

                                              RUBY J. KRAJICK
                                              _____
                                              **Clerk of Court**
                                    BY:       _____
                                              **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2020